IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SOREN NIELSEN and the SKYLINE REPUBLICAN CLUB,<br><br>　　　　Plaintiffs,<br><br> v.<br><br>ANN ARBOR PUBLIC SCHOOLS, CORY McELMEEL, individually and in his official capacity as the principal of Skyline High School, and JEFFERSON BILSBORROW, individually and in his official capacity as a secretary at Skyline High School,<br><br>　　　　Defendants. | Case No. 2:22-cv-12632<br><br>Honorable F. Kay Behm<br><br>Hon. Magistrate Curtis Ivey |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs Soren Nielsen and Skyline Republican Club, by and through undersigned counsel, hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order on Plaintiffs' Motion for Summary Judgment (ECF No. 65) and Defendants' Motion for Summary Judgment (ECF No. 64) issued on August 14, 2025, and its accompanying Judgment.  ECF Nos. 77 and 78.

Dated: August 25, 2025        Respectfully submitted,

ADVOCATES FOR FAITH AND
FREEDOM

/s/ Erin Elizabeth Mersino
Erin Elizabeth Mersino

25026 Las Brisas Road
Murrieta, CA 92562
Phone: (951) 304-7583
emersino@faith-freedom.com

## CERTIFICATE OF SERVICE

I, Erin Elizabeth Mersino, hereby certify that on August 25, 2025, I electronically filed the above document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

Dated: August 25, 2025                    THOMAS MORE LAW CENTER

                                          /s/ Erin Elizabeth Mersino
                                          Erin Elizabeth Mersino